# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:25-CV-00042-KDB-SCR

| | |
|---|---|
| WESLEY NEWMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEMAYO LAW OFFICES, LLP, et. al., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Anthony Paronich]" (Doc. No. 2) filed January 21, 2025. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: January 22, 2025

Susan C. Rodriguez
United States Magistrate Judge