UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:25-cv-42-KDB-SCR

| | |
|---|---|
| WESLEY NEWMAN, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEMAYO LAW OFFICES, LLP, and SGMS INC. D/B/A LEGAL CONVERSION CENTER<br><br>　　　　Defendant. | **CONSENT MOTION FOR STIPULATED PROTECTIVE ORDER** |

The Parties hereby move for entry of a Stipulated Protective Order regarding the treatment of confidential materials under Rule 26(c). A copy of the Proposed Order is attached hereto as Exhibit A and is being submitted via Cyber Clerk.

Dated: November 21 2025.

　　　　　　　　　　　　　　　　　　**WOMBLE BOND DICKINSON (US) LLP**

　　　　　　　　　　　　　　　　　　/s/ *Emmett J. Whelan*
　　　　　　　　　　　　　　　　　　Emmett J. Whelan (N.C. Bar No. 58139)
　　　　　　　　　　　　　　　　　　James P. Cooney III (N.C. Bar No. 12140)
　　　　　　　　　　　　　　　　　　301 South College Street, Suite 3500
　　　　　　　　　　　　　　　　　　Charlotte, North Carolina 28202
　　　　　　　　　　　　　　　　　　Telephone: (704) 331-4980
　　　　　　　　　　　　　　　　　　Email: Jim.Cooney@wbd-us.com
　　　　　　　　　　　　　　　　　　Email: Emmett.Whelan@wbd-us.com

　　　　　　　　　　　　　　　　　　Robert Travis Campbell
　　　　　　　　　　　　　　　　　　50 California Street, Suite 2750
　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　Email: travis.campbell@wbd-us.com

　　　　　　　　　　　　　　　　　　*Counsel for Defendant DeMayo Law Offices, LLP*

**Anthony Paronich**
Paronich Law P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Email: anthony@paronichlaw.com

*Counsel for Plaintiffs*

**John Everett Harris**
Smith, Anderson, Blount, Dorsett, Mitchell &
  Jernigan, LLP
150 Fayetteville Street, Suite 2300
Raleigh, NC 27601
919-821-6721
Email: jharris@smithlaw.com

*Counsel for SGMS, Inc.*

2
WBD (US) 4939-0635-0715v1
Case 3:25-cv-00042-KDB-SCR    Document 41    Filed 11/21/25    Page 2 of 2