UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:25-cv-00042-KDB-SCR

| | |
|---|---|
| WESLEY NEWMAN, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEMAYO LAW OFFICES, LLP; AND SGMS INC. D/B/A LEGAL CONVERSION CENTER,<br><br>　　　　Defendant. | **DESIGNATION OF MEDIATOR** |

Pursuant to the Pretrial Order and Case Management Plan entered October 14, 2025, counsel for Defendant SGMS Inc., on behalf of all parties, submits this report stating the identity of the mediator upon whom the parties have agreed. The parties agree upon and have selected the following individual to serve as mediator in the above-captioned case:

　　Raymond E. Owens, Jr.
　　Higgins & Owens, PLLC
　　rowens@higginsowens.com
　　524 East Blvd
　　Charlotte, NC 28203

　　Respectfully submitted this 8th day of December, 2025.

[*Signatures on Following Page*]

1

DENTONS US LLP

/s/ *Mark A. Silver*
Bety Javidzad*
CA Bar No. 240598
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017-5704
Ph: (213) 243-6115 bety.javidzad@dentons.com

Mark A. Silver*
GA Bar No. 811928
303 Peachtree Street, NE, Suite 5300 Atlanta, GA
30308-3265
Ph: (404) 527-4671 mark.silver@dentons.com
*Admitted Pro Hac Vice


SMITH, ANDERSON, BLOUNT, DORSETT,
MITCHELL & JERNIGAN, LLP

/s/ John E. Harris
Christopher G. Smith
N.C. Bar No. 22767
John E. Harris
N.C. Bar No. 49253
P.O. Box 2611
Raleigh, NC 27602
Ph: (919) 821-1220
Fax: (919) 821-6800
csmith@smithlaw.com
jharris@smithlaw.com

*Counsel for Defendant SGMS, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System, which will send notification of such filing to all counsel of record.

This the 8th day of December, 2025.

SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP

/s/ *John E. Harris*
Christopher G. Smith
N.C. Bar No. 22767
John E. Harris
N.C. Bar No. 49253
P.O. Box 2611
Raleigh, NC 27602
Ph: (919) 821-1220; Fax: (919) 821-6800
csmith@smithlaw.com
jharris@smithlaw.com
*Local Civil Rule 83.1(d) Counsel*

*Attorneys for Defendant SGMS Inc. d/b/a Legal Conversion Center*
