# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| WESLEY NEWMAN, on behalf of himself and others similarly situated, | : <br> : CIVIL ACTION FILE NO. 3:25-cv-42-KDB-SCR <br> : |
| Plaintiff, | : |
| v. | : |
| DEMAYO LAW OFFICES, LLP | : |
| AND | : |
| SGMS INC. D/B/A LEGAL CONVERSION CENTER | : |
| Defendants. | : |

## PLAINTIFF'S UNOPPOSED MOTION TO AMEND

Plaintiff Wesley Newman, by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 15(a)(2) for leave to file the First Amended Class Action Complaint attached hereto as <u>Exhibit 1</u>. In support of this motion, Plaintiff state as follows:

Plaintiff seeks leave to file the Complaint to add claims against new defendants arising from alleged violations of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq.* Defendants do not oppose this motion.

Federal Rule of Civil Procedure 15(a)(2) provides that courts "should freely give leave [to amend] when justice so requires." *See Foman v. Davis,* 371 U.S. 178, 182 (1962). Leave to amend should be granted unless there is evidence of undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies, undue prejudice, or futility of amendment. None of these

factors are present here. The proposed amendment is timely, made in good faith, and will not prejudice Defendants, particularly as Defendants have indicated they do not oppose.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this Unopposed Motion for Leave to File the First Amended Class Action Complaint and accept the attached proposed complaint.

RESPECTFULLY SUBMITTED AND DATED this February 27, 2026.

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Special Appearance Counsel*

/s/ *Ryan Duffy*
Ryan Duffy
The Law Office of Ryan P. Duffy, PLLC
1213 W. Morehead Street
Suit 500, Unit #450
Charlotte, North Carolina 28208
ryan@ryanpduffy.com
Telephone: (704) 741-9399

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed through the Court's CM/ECF system, giving notice to all parties of record.

/s/ *Anthony I. Paronich*
Anthony Paronich