# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Case No: 3:25-cv-00042-KDB-UMJ

| | |
|---|---|
| WESLEY NEWMAN, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>DEMAYO LAW OFFICES, LLP, and SMGS INC. D/B/A LEGAL CONVERSION CENTER<br><br>    Defendant. | **JOINT MOTION TO SUSPEND DISCOVERY DEADLINES PENDING AMENDED COMPLAINT AND STAY RESPONSIVE PLEADING DEADLINES** |

NOW COME the Parties and move this Court to (1) suspend the discovery deadlines in this matter pending the entry of an Amended Case Management Order following the addition of a new party-defendant as set forth in Plaintiff's Motion to Amend his Complaint, and (2) stay the Defendants' deadline to respond to the proposed Amended Complaint for ninety (90) days for the purpose of early mediation. The Parties have conferred and all consent to and join in the relief requested in this Motion. In support of this Motion, the Parties respectfully show this Court that:

    1.    On January 21, 2025, Plaintiff Wesley Newman filed his Complaint in this matter. *See* Doc. No. 1. After the Court denied Defendants' Motion to Dismiss, Doc. No. 25, Defendants filed their Answers on September 16, 2025. *See* Doc. Nos. 33-34.

    2.    On October 14, 2025, the Court entered a Case Management Order ("CMO"). *See* Doc. No. 40. Under the CMO the Parties' deadline to amend the pleadings is March 9, 2026. *Id.*, p. 1. Furthermore, fact discovery closes on March 31, 2026. *Id.*

1

3. On February 2, 2026, Plaintiff Wesley Newman informed Defendants that he would be seeking to amend his Complaint to, among other things, add another defendant, Converge Marketing, LLC F.K/A Converge Direct, LLC. ("Converge")

4. On February 19, 2026, Defendant DeMayo Law, LLC informed Plaintiff that it would not object to the proposed amendment.

5. Given the impending close of fact discovery and other upcoming deadlines, if the Court grants Plaintiff's unopposed Motion to Amend his Complaint and following the addition of Converge as a party-defendant, all Parties, including the newly-added Converge, will need to submit an Amended Case Management Order for the Court's consideration.

6. Therefore, the Parties respectfully request that the Court suspend all discovery deadlines under the CMO until the entry of an Amended Case Management Order in this matter.

7. The Parties also respectfully request that the Court stay Defendants' deadline to respond to the proposed Amended Complaint for ninety (90) days.

8. The Parties have engaged in significant discovery but have not yet begun depositions. Following the addition of the new party-defendant, the present Parties believe that they are in a position to conduct early mediation in this matter. The Parties have already retained Ray Owens to mediate this matter.

9. The additional time and expense associated with responding to the proposed Amended Complaint following the addition of a new party-defendant would pose potential issues to a potential resolution through early mediation.

10. This request is made in good faith and will not prejudice any party or unduly delay the Court's consideration of this matter.

11. Under Local Rule 7.1(g), the Parties are not submitting a proposed order with this Motion but will do so should the Court request it.

**WHEREFORE**, for the reasons set forth above, the Parties move this Court to suspend all discovery until the Court rules on Plaintiff's forthcoming unopposed Motion to Amend his Complaint and stay the Defendants' deadline to respond to the putative Amended Complaint for ninety (90) days.

Dated: February 25, 2026

**WOMBLE BOND DICKINSON (US) LLP**

/s/ *James P. Cooney*
James P. Cooney III (N.C. Bar No. 12140)
Emmett J. Whelan (N.C. Bar No. 58139)
301 South College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone: (704) 331-4980
Email: Jim.Cooney@wbd-us.com
Email: Emmett.Whelan@wbd-us.com

R. Travis Campbell (C.A. No. 271580)
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530
Email: travis.campbell@wbd-us.com

*Counsel for Defendant DeMayo Law Offices, LLP*

/s/ *Anthony Paronich (w/permission)*
Anthony Paronich
Paronich Law P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Email: anthony@paronichlaw.com

*Counsel for Plaintiffs*

/s/ *John Harris (w/permission)*
John Everett Harris
Smith, Anderson, Blount, Dorsett, Mitchell &

3

Jernigan, LLP
150 Fayetteville Street, Suite 2300
Raleigh, NC 27601
919-821-6721
Email: jharris@smithlaw.com

*Counsel for SGMS, Inc.*