IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:25-CV-042-KDB-DCK

| WESLEY NEWMAN, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| DEMAYO LAW OFFICES, LLP, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Unopposed Motion To Amend" (Document No. 44) filed February 27, 2026, and the parties' "Joint Motion To Suspend Discovery Deadlines Pending Amended Complaint And Stay Responsive Pleading Deadlines" (Document No. 45) filed March 2, 2026. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Federal Rule of Civil Procedure 15 applies to the amendment of pleadings and allows a party to amend once as a matter of course within 21 days after serving, or "if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." Fed. R. Civ. P. 15(a)(1). Rule 15 further provides that in all other cases, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Under Rule 15, a "motion to amend should be denied only where it would be prejudicial, there has been bad faith, or the amendment would be futile." Nourison Rug Corp. v. Parvizian, 535 F.3d 295, 298 (4th Cir. 2008). However, "the

grant or denial of an opportunity to amend is within the discretion of the District Court." <u>Pittston Co. v. United States</u>, 199 F.3d 694, 705 (4th Cir. 1999).

Here, Plaintiff "seeks leave to file the Complaint to add claims against new defendants arising from alleged violations of the Telephone Consumer Protection Act . . . ." (Document No. 44, p. 1). Plaintiff represents "Defendants do not oppose this motion." (<u>Id.</u>) Also, in the parties' joint motion, the parties represent the motion to amend is unopposed. (Document No. 45, p. 2). The undersigned will allow Plaintiff to file his Amended Complaint. (Document No. 44-1).

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Unopposed Motion To Amend" (Document No. 44) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties' "Joint Motion To Suspend Discovery Deadlines Pending Amended Complaint And Stay Responsive Pleading Deadlines" (Document No. 45) is **GRANTED with modification**. The parties **SHALL** conduct a mediation by **April 30, 2026**. The parties **SHALL** provide a status report within **ten (10) days** of the completion of mediation.

**IT IS FURTHER ORDERED** that the discovery deadline and the deadline for Defendants to respond to Plaintiff's Amended Complaint are **STAYED** until further order of the Court, which the Court will issue, if necessary, after the parties file their status report.

**SO ORDERED**.

Signed: March 4, 2026

David C. Keesler
United States Magistrate Judge