# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

WESLEY NEWMAN, on behalf of himself and others similarly situated,

    *Plaintiff* )
    v. )    Civil Action No. 3:25-cv-00042-KDB-SCR
     )
CONVERGE MARKETING, LLC F/K/A CONVERGE DIRECT, LLC, et. al. )
     )
     )
     )
    *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
CONVERGE MARKETING, LLC F/K/A CONVERGE DIRECT, LLC
25 W. 39th St
New York, NY 10018

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

*[signature]*
Katherine Hord Simon, Clerk
United States District Court

Date: March 9, 2026

**Civil Action No.** 3:25-cv-00042-KDB-SCR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

**This summon for** *(name of individual and title, if any)*
_____
**was received by me on** *(date)* _____.

❏   **I personally served the summons on the defendant at**
   *(place)*_____
   **on** *(date)* _____; or

❏   **I left the summons at the individual's residence or usual place of abode with** *(name)*
   _____**, a person of suitable age and discretion who
   resides there, on** *(date)* _____**, and mailed a copy to the individual's last
   known address; or**

❏   **I served the summons on** *(name of individual)* _____,
   **who is designated by law to accept service of process on behalf of** *(name of organization)*
   _____ **on** *(date)* _____; or

❏   **I returned the summons unexecuted because** _____; or

❏   **Other** *(specify)***:**
   _____

**My fees are $** _____ **for travel and $** _____ **for services, for a total of
$**_____**.**

**I declare under penalty of perjury that this information is true.**

**Date:**_____   _____
                                                                                                  **Server's signature**

                                                                  _____
                                                                                                  **Printed name and title**

                                                                  _____
                                                                                                  **Server's address**

**Additional information regarding attempted service, etc:**