**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

--------------------------------------------------------

| | | |
|---|---|---|
| WESLEY NEWMAN, on behalf of itself and all others similarly situated, | X : | |
| Plaintiff, | : : : | **NO. 3:25-CV-00042-KDB-DCK** |
| v. | : : | **NOTICE OF APPEARANCE OF LOCAL COUNSEL ON BEHALF OF CONVERGE MARKETING, LLC** |
| DEMAYO LAW OFFICES, LLP, CONVERGE MARKETING, LLC F/K/A CONVERGE DIRECT, LLC and SGMS INC. D/B/A LEGAL CONVERSION CENTER, | : : : : : : | **CLASS ACTION** |
| | X | |
| Defendants. | | |

--------------------------------------------------------

PLEASE TAKE NOTICE that S. Frederick Winiker, III respectfully gives notice of his appearance on behalf of Converge Marketing, LLC in the above-referenced matter as local counsel. Contemporaneous with this filing, Local Counsel is filing Motions for Admission *pro hac vice* for the following attorneys who will serve as lead counsel on behalf of Converge Marketing, LLC:

| | |
|---|---|
| **Steven M. Kayman** Member of the Firm Rottenberg Lipman Rich, P.C. The Helmsley Building 230 Park Avenue, 18th Floor New York, New York 10169 Office: (212) 661-3080 ext. 266 skayman@rlrpclaw.com | **Jennifer A. Kreder** Of Counsel Rottenberg Lipman Rich, P.C. The Helmsley Building 230 Park Avenue, 18th Floor New York, New York 10169 Office: (212) 661-3080 Fax: (212) 867-1914 jkreder@rlrpclaw.com |

Respectfully submitted this 4th day of May 2026.

/s/ S. Frederick Winiker, III
S. Frederick Winiker, III,
Partner
**FLANNERY GEORGALIS, LLC**
N.C. Bar No. 22390
227 West Trade Street, Suite 950
Charlotte, NC 28202
(704) 420-6873
rwiniker@flannerygeorgalis.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court for the United States District Court, Western District of North Carolina, using the CM/ECF system, which will electronically notify all counsel of record who have consented to accept service by electronic means, including:

| | |
|---|---|
| **Ryan P. Duffy**<br>The Law Office of Ryan P. Duffy PLLC<br>1213 W. Morehead St.<br>Suite 500, Unit #450<br>Charlotte, NC 28208<br>Email: ryan@ryanpduffy.com<br><br>*Counsel for Plaintiff Wesley Newman on Behalf of Itself and all Others Similarly Situated* | **Anthony Paronich**<br>Paronich Law P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Email: anthony@paronichlaw.com |

| | |
|---|---|
| **James P Cooney, III**<br>**Emmett James Whelan**<br>Womble Bond Dickinson (US) LLP<br>301 South College Street, Suite 3500<br>Charlotte, NC 28202-4007<br>Email: jim.cooney@wbd-us.com<br>Email: emmett.whelan@wbd-us.com<br><br>*Counsel for Defendant DeMayo Law Offices, LLP* | **Robert Travis Campbell**<br>Womble Bond Dickinson (US) LLP<br>50 California Street<br>Suite 2750<br>San Francisco, CA 94111<br>Email: travis.campbell@wbd-us.com |

| | |
|---|---|
| **Christopher G. Smith**<br>**John Everett Harris**<br>Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, LLP<br>150 Fayetteville Street, Suite 2300<br>Raleigh, NC 27601<br>Email: csmith@smithlaw.com<br>Email: jharris@smithlaw.com<br><br>*Counsel for Defendant SGMS Inc.* | **Mark A. Silver**<br>**Bety Javidzad**<br>Dentons US LLP<br>303 Peachtree Street, NE, Suite 5300<br>Atlanta, GA 30308<br>Email: mark.silver@dentons.com<br>Email: bety.javidzad@dentons.com |

3

This the 4th day of May 2026.

*/s/ S. Frederick Winiker, III*
S. Frederick Winiker, III,
Partner
**FLANNERY GEORGALIS, LLC**
N.C. Bar No. 22390
227 West Trade Street, Suite 950
Charlotte, NC 28202
(704) 420-6873
rwiniker@flannerygeorgalis.com

4