# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO. 3:25-CV-042-KDB-DCK

| | | |
|---|---|---|
| WESLEY NEWMAN, | ) | |
| | ) | |
| **Plaintiff,** | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| DEMAYO LAW OFFICES, LLP, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 52) filed by Local Counsel S. Frederick Winiker III on May 4, 2026.

Applicant Jennifer A. Kreder seeks to appear as counsel *pro hac vice* for Defendant Converge Marketing, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 52) is **GRANTED**. Jennifer A. Kreder is hereby admitted *pro hac vice* to represent Defendant Converge Marketing, LLC.

**SO ORDERED**.

Signed: May 4, 2026

David C. Keesler
United States Magistrate Judge