# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
#### Case No: 3:25-cv-00042-KDB-DCK

WESLEY NEWMAN, on behalf of himself
and others similarly situated,

        Plaintiff,

    v.

DEMAYO LAW OFFICES, LLP,
CONVERGE MARKETING, LLC F/K/A
CONVERGE DIRECT, LLC,  and SMGS
INC. D/B/A LEGAL CONVERSION
CENTER

        Defendant.

## JOINT STATUS REPORT

Plaintiff Wesley Newman ("Plaintiff") and Defendants DeMayo Law Offices, LLP ("DeMayo Law") and SMGS Inc. d/b/a Legal Conversion Center ("LCC"), through undersigned counsel and pursuant to the Court's March 4, 2026 Order (Doc. No. 46) granting the Joint Motion to Suspend Discovery Deadlines and Stay Responsive Pleading Deadlines, respectfully submit this Joint Status Report as follows:

1.      In an effort to resolve this matter, the Plaintiff, DeMayo Law, and LCC scheduled a mediation for April 6, 2026, before mediator Ray Owens. The mediation did not take place, however, because the recently newly-added Defendant New Converge declined to participate, stating that it intended to assert jurisdictional defenses challenging its inclusion in this litigation and any potential liability.

1

2. Given New Converge's position on the jurisdictional issues, the other Parties agreed that mediation would not be productive until a final determination is made as to the litigants in this matter.

3. On May 4, 2026, New Converge timely answered the Amended Complaint and asserted as its Sixth Affirmative Defense that this Court lacks subject matter jurisdiction over this matter. *See* Doc. No. 51, pg. 17.

4. All Parties have conferred regarding the status of the pleadings and anticipated next steps. DeMayo Law anticipates that it may file crossclaims against New Converge, and, if so, New Converge is expected to raise the same or similar jurisdictional defenses in response to such crossclaims.

5. If this Court rules that it has jurisdiction over the claims against New Converge, then it anticipates filing crossclaims against DeMayo and/or LCC.

6. All Parties believe that the jurisdictional defenses raised by New Converge should be resolved before any further discovery (or mediation) can proceed in this matter.

7. As a result, all Parties have agreed to the following proposed schedule:

   a. DeMayo Law shall file its Answer to the Amended Complaint, together with any crossclaims against New Converge, on or before May 15, 2026.

   b. New Converge shall file its Answer or Motion to Dismiss Plaintiff's claims and any crossclaims asserted by DeMayo Law on or before June 15, 2026.

   c. The Plaintiff and DeMayo Law shall file their Opposition on or before July 15, 2026.

   d. New Converge shall file its Reply on or before August 15, 2026.

2

e. LCC has indicated that it does not intend to file any crossclaims against New Converge. LCC shall file its Answer or responsive pleading to the Amended Complaint within thirty (30) days of a ruling on New Converge's jurisdictional defenses.

8. The Parties respectfully request that mediation be scheduled following the resolution of New Converge's jurisdictional defenses, and that a revised discovery and trial schedule be established at that time.

9. This proposed schedule is submitted in good faith and will not prejudice any Party or unduly delay the Court's consideration of this matter.

10. All Parties have consulted with each other about this Joint Status Report. While New Converge was not subject to this Court's March 4, 2026 Order requiring a Joint Status Report, New Converge has reviewed this Joint Status Report and consents to the pleading and briefing schedule.

Jointly submitted this 6th day of May 2026.

/s/ Ryan Duffy (w/permission)
Ryan Duffy
The Law Office of Ryan P. Duffy, PLLC
1213 W. Morehead Street
Suite 500, Unit #450
Charlotte, North Carolina
Email: ryan@ryanpduffy.com

Anthony Paronich
**PARONICH LAW P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Email: anthony@paronichlaw.com

*Counsel for Plaintiff*

/s/ Christopher Smith (w/permission)
Christopher G. Smith
John Everett Harris
**SMITH, ANDERSON, BLOUNT,
DORSETT, MITCHELL &
JERNIGAN, LLP**
150 Fayetteville Street, Suite 2300
Raleigh, NC 27601
Email: csmith@smithlaw.com
Email: jharris@smithlaw.com

Mark A. Silver
Dentons US LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Email: mark.silver@dentons.com

Bety Javidzad
Dentons US LLP
601 South Figueroa
Suite 2500
Los Angeles, CA 90017
Email: bety.javidzad@dentons.com

*Counsel for SGMS, Inc.*

/s/ James P. Cooney
James P. Cooney III (N.C. Bar No. 12140)
Emmett J. Whelan (N.C. Bar No. 58139)
**WOMBLE BOND DICKINSON**
301 South College Street, Suite 3500
Charlotte, North Carolina 28202
Telephone: (704) 331-4980
Email: Jim.Cooney@wbd-us.com
Email: Emmett.Whelan@wbd-us.com

R. Travis Campbell (C.A. No. 271580)
50 California Street, Suite 2750
San Francisco, CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530
Email: travis.campbell@wbd-us.com

*Counsel for Defendant/ Crossclaim Plaintiff
DeMayo Law Offices, LLP*