# Exhibit 1

Case 3:25-cv-00042-KDB-DCK    Document 60-1    Filed 05/15/26    Page 1 of 12

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No. 3:25-cv-00042-KDB-SCR


WESLEY NEWMAN, on behalf of      )
himself and others similarly     )
situated,                        )
                                 )
          Plaintiff,             )
                                 )
v.                               )
                                 )
DEMAYO LAW OFFICES, LLP and      )
SMGS INC. D/B/A LEGAL CONVERSION )
CENTER,                          )
                                 )
          Defendants.            )
                                 )
---------------------------------

_____

RECORDED TELEPHONE CALL
_____

_____

No Court Reporter

Chaplin & Associates
132 Joe Knox Ave, Suite 100-G
Mooresville, NC 28117
(704) 606-1434 | (336) 992-1954 | (919) 649-4444

I N D E X

RECORDING BEGINS        3
RECORDING ENDS        18

REPORTER CERTIFICATION        19

RECORDED TELEPHONE CALL

MR. NEWMAN: Hello?

MR. MOISE: Yes. Hi. I'm trying to reach Mr. Newman, please.

MR. NEWMAN: This is he.

MR. MOISE: Hi, Mr. Newman. My name is Gowan Moise. I'm an attorney with DeMayo Law Offices in Charlotte. I was calling you back. I had gotten a message forwarded to me about you receiving some -- a series of phone calls.

MR. NEWMAN: Yeah.

MR. MOISE: And I wanted to -- wanted to follow up on that. We are -- we're representing folks in Camp Lejeune litigation, but we're in North Carolina, and we serve as local counsel for a number of law firms.

And I have concerns that some of the -- some of the firms that are referring clients and individuals to us to assist them in their claims may be going about it in an improper way.

MR. NEWMAN: Yeah.

MR. MOISE: What you -- the information you gave to me suggests that one or more of them may be doing it. And so I'm asking you for a little bit of help, if you don't mind.

MR. NEWMAN: Yeah, no problem. The whole lead-up to it made me think that it might not be something that either you guys were aware of ---

MR. MOISE: Yeah.

MR. NEWMAN: --- or they might just be using y'all's name.

MR. MOISE: Yeah, and that's the other thing. We've actually seen some of that, too. We've had some -- there have been some other competing firms who have been doing some spoofing of ---

MR. NEWMAN: Yeah.

MR. MOISE: --- of our business. So it looks like you've gotten -- I think you indicated in your message a dozen or so calls from the 814-615-0698 number?

MR. NEWMAN: They're from various numbers. Because the numbers themselves are spoofed. So I've had -- I've had several calls from the 814 area code. And my area code is Texas, so most of my spoofed numbers are from Texas.

MR. MOISE: Okay.

MR. NEWMAN: That I receive. And just to give you a touch of background, I get about 20 calls a day that are these, kind of, what I would consider robocalls, spam calls.

MR. MOISE: Right.

MR. NEWMAN: But then all of a sudden, during the last month, two months, I've had a bunch from that 814 area code, with several more coming with that 615 prefix.

MR. MOISE: Okay.

MR. NEWMAN: I don't think I've had any others from this exact number before, but with that area code and that prefix. And just with the amount of calls that I get that don't come from that, that makes me believe that it's likely from the same call center. But ---

MR. MOISE: Yeah.

MR. NEWMAN: So that's kind of what I -- my -- that's what has made me think, "All right, I've got to play along," because I've got to figure out who this is.

MR. MOISE: Sure. Sure.

MR. NEWMAN: "This is Camp Lejeune." "No, stop calling me. I'm on the 'do not call' list and have been so since July of 2005."

MR. MOISE: Right.

MR. NEWMAN: And they're not going to stop unless I figure out who actually is paying for the calls.

MR. MOISE: Right.

MR. NEWMAN: Because they've got no incentive to. So, yeah, this particular call, it said it was Lisa from Camp Lejeune. Lisa was, I'm pretty confident, offshore. She needed to know when either myself or a family member served at Camp Lejeune.

MR. MOISE: Okay.

MR. NEWMAN: I have none that have served in Camp Lejeune, but I need to in order to get to the next person.

MR. MOISE: Sure.

MR. NEWMAN: So I told her that my dad was there in the '70s. She sent me along to a guy named Yogi Harris.

MR. MOISE: Okay.

MR. NEWMAN: Yogi Harris also sounded offshore. I think I was still at the same call center.

MR. MOISE: Okay.

MR. NEWMAN: They asked more qualifying questions that seemed to fit with what the Camp Lejeune case was about. You know ---

MR. MOISE: Right.

MR. NEWMAN: --- any illnesses, what kind, that sort of stuff. They wanted to make sure that I could file on behalf of my dad. I told them, "Yep, sure can."

And then it was Yogi who then told me that he was going to send me to a representative. I heard some typing, some hemming and hawing. "It looks like, sir, your number is blacklisted. It's on the 'do not call' list. So I can't transfer you. Do you have another number that I can -- I can use?"

MR. MOISE: Uh-huh.

MR. NEWMAN: So I think he'd invested enough time that it was worth the risk to him at that point to find another number. So I'm on just about every blacklist at this point. And so I gave him a VoIP number that I use for just this sort of thing.

MR. MOISE: Got it.

MR. NEWMAN: I buy a new number every month or so. And gave that to him. He calls me, confirms all the details again, and sends me to somebody named Rita, R-i-t-a.

He passed me off to her and said that he is with -- she asked what camp he's with. And he said what sounded like Dollar Net Center, which I guess is how they decide who to send the money to for the live lead transfer.

But I think he said Dollar Net Center. I'm not 100 percent. Rita also sounded potentially offshore, but she said -- I -- when it got to her, that's when I started asking, "What law firm are you with?" Because she said she's with a law -- he said he was going to send me to somebody with a law firm.

MR. MOISE: Okay.

MR. NEWMAN: So my assumption was she was with a law firm. I asked what law firm. She said Pulaski Law Firm in Texas is who she's with. But also she kept saying Queen Emanuel, which I didn't think -- "Are you saying Queen, or are you trying to say Quinn Emanuel?"

And she said, "How did you say?"

I said, "Quinn Emanuel?"

"Yes, that. That. Quinn Emanuel."

So it didn't seem real legitimate.

MR. MOISE: Right.

MR. NEWMAN: But then -- she then asked more qualifying questions, sent me on to somebody else, and that's when I got to Melody, who said she was with DeMayo law firm.

MR. MOISE: Okay.

MR. NEWMAN: She sent me -- I could hear -- she sounded like she might be -- she had a real thick accent, but I could hear people in the background who did not seem to have any kind of accent at all.

So I think this was a U.S.-based location ---

MR. MOISE: Okay.

MR. NEWMAN: --- for this part. She went through all the qualifying questions again. It was like a 15-minute call from that point forward before she sent me then, via email and then also text message, an attorney-client form ---

MR. MOISE: Okay.

MR. NEWMAN: --- that -- part of it was a HIPAA ---

MR. MOISE: Right. Medical release and probably a retainer agreement that had our form on it. Okay.

MR. NEWMAN: Yeah. It was -- it did not seem like a -- it wasn't a very long retainer agreement, so it made me kind of question it. And it didn't -- outside of mentioning y'all's law firm name, it really didn't say anything else. There was no address. There was nothing else like that.

So I wasn't 100 percent convinced that it's ---

MR. MOISE: Yeah.

MR. NEWMAN: --- coming from you guys. So then I called the number -- so middle of the

conversation with Melody, the call disconnects. She calls me back. And the number she called me back from was one that -- I think was either the number she called me back from or the number she texted from, which were two different numbers -- could be called back. And it had the same message that plays, "If you go to DeMayo's Camp Lejeune page" with the specific number for the Camp Lejeune base.

MR. MOISE: I got it.

MR. NEWMAN: A female voice recording that plays a particular sentence. It's kind of generic, so it could still be anybody. But that same message seemed to play on both numbers.

MR. MOISE: Okay. You have a copy of the -- obviously, the HIPAA release and the retainer agreement.

MR. NEWMAN: Yeah.

MR. MOISE: Could I give you my email address and have you send it to me as an attachment? That may allow me to kind of backtrack it.

MR. NEWMAN: Yeah.

MR. MOISE: The concern that I have -- because we have the -- Melody. We have an outside source that does some information gathering, and they gather medical evidence for us. They gather military

records and that sort of thing. And so they're getting executed forms, including the retainer agreements, for us.

But the concern that I have -- and I'll be quite candid with you -- is how they're getting their -- how people like you are getting to that.

MR. NEWMAN: Yeah.

MR. MOISE: Because that is not -- I can tell you the way that we are dealing with other law firms around the country, that is not an appropriate way for potential new clients to come to us.

MR. NEWMAN: Yeah.

MR. MOISE: And that's a real problem for us. And if one of our -- if the vendor that we are using to help gather medical evidence and resources and such is essentially generating clients when other law firms are not the ones who are sending them to us, we've got a real -- we've got a real issue.

MR. NEWMAN: Yeah.

MR. MOISE: So ---

MR. NEWMAN: And the fact -- I mean, they're using a spoof number that you can't call back, so...

MR. MOISE: That's -- exactly.

MR. NEWMAN: So -- and they're never

calling from that same number twice. So it's not like even if you tell them to stop and block the number ---

MR. MOISE: Yeah.

MR. NEWMAN: --- they're just going to change the number. And how do you know if this is the same Camp Lejeune call as earlier today or that will come in tomorrow when they're using those generic names?

MR. MOISE: Sure.

MR. NEWMAN: It's just -- it's impossible. Which is part of why they do it, of course.

MR. MOISE: Right. Yes.

MR. NEWMAN: But then, yeah, I mean, I've never -- I've never signed up for anything to get these calls or anything like that, and the Camp Lejeune stuff is something that's very recent in my call log. So it's -- I'm not sure why I'm getting those all of a sudden.

But there's -- there was really no lead-in as far as, "Hey, we got your -- we got your submission. We want to follow up on it."

MR. MOISE: Yeah.

MR. NEWMAN: It was just, "Hey, we're with Camp Lejeune. Do you or anybody you know, have they

served at Camp Lejeune?"

MR. MOISE: Right.

MR. NEWMAN: Okay. You're fishing for info now. And ---

MR. MOISE: Yeah. That's actually -- I mean, that's a -- if they're doing -- if they're purportedly doing that on our behalf, I mean, that's an issue with bar rules ---

MR. NEWMAN: Yeah.

MR. MOISE: --- not only in North Carolina but in any state around the country. You can't actively solicit business that way. And so it's ---

MR. NEWMAN: Yeah.

MR. MOISE: I mean, I think you understand this is not -- this is not something that's coming directly from us.

MR. NEWMAN: Yeah.

MR. MOISE: But it is -- I want to nip it in the bud if it's -- if it's a vendor of ours who is, you know, acting improperly on our behalf. Because that's a -- I mean, that's a violation of our -- I mean, obviously, our contractual agreement. They're not allowed to generate clients.

They're just allowed to take information about prospective new clients that come to them through

Case 3:25-cv-00042-KDB-DCK    Document 60-1    Filed 05/15/26    Page 5 of 12

Newman v Demayo Law

COPY

## 14

appropriate means.

MR. NEWMAN: Yeah.

MR. MOISE: And so, I've got to -- I'm going -- I'm going to drop the hammer on these guys. But I got to figure out who they are, so ---

MR. NEWMAN: Yeah, exactly. Exactly. And to begin the call, I mean, it's -- yeah, I think it was, like, three or four seconds of silence. Then you hear a beep sound, and then somebody on the other end, which indicates to me that there's the likelihood or at least the possibility of an ATDS being used, which is also -- that just makes you think, too, that it's not -- it's not from an opt-in. It is from just cold calling, mass blasting, let's get as many people as we can.

MR. MOISE: Right.

MR. NEWMAN: And with all the layers that they had to get through before they get to anybody who would accurately identify themselves, you know, there's very little risk on their end.

MR. MOISE: Yeah.

MR. NEWMAN: I mean, it took me -- it was 30-plus minutes on the phone to get to somebody who actually identified what I believe could possibly be the -- their real law firm.

## 15

And just because they sent the paperwork. If she hadn't sent paperwork, I would have thought, "Yeah, I still don't -- I still don't believe it."

So anybody that you look up, I think Quinn Emanuel and a bunch of others, they've got somewhere listed that they're doing Camp Lejeune stuff. So that's kind of the hot-button issue right now.

It's not surprising that anybody that they name would have something about Camp Lejeune on a site or listed somewhere.

MR. MOISE: Right, right.

MR. NEWMAN: So -- but, yeah. I'm happy to send that over to you, and hopefully you can get that ---

MR. MOISE: Yeah.

MR. NEWMAN: Whether or not it's a vendor that you guys have used or if it's just somebody else using y'all's name. But, yeah, the fact that they identified other law firms that did not seem to be anybody that they were working for or at least were transferring to, they weren't using their real name, that all -- that's all red flags to me.

MR. MOISE: Sure, sure. Let me -- let me give you my email address. Again, my name is Gowan Moise. So it's my first initial and last name. It's

## 16

going to be g-m, as in Mary, o-i-s, as in Sam, e, as in Edward, @demayolaw, which is d-e-m-a-y-o-l-a-w.com.

MR. NEWMAN: Okay.

MR. MOISE: And I will -- if you'll just send that to me, I'll respond so that you have a confirmation that I've -- that I've gotten it. And if I could, I'd like to give you a call back next week and just let you know what I'm able to find out. Because I don't want to just leave it and say, "Thanks for the information."

I want to -- I've been tasked with getting a resolution for this.

MR. NEWMAN: Yeah.

MR. MOISE: It is a -- it's a high priority because this is marked ---

MR. NEWMAN: Perfect.

MR. MOISE: --- "Priority High" for us. So ---

MR. NEWMAN: Perfect. I want to know who's behind it, too, so I can reach out to them as well and make sure that they are well informed that they should not be calling me anymore.

Because more than likely, this is not their only -- their only type of call that they're making.

## 17

They've probably been making health insurance calls and all these other calls that I'm getting. And who knows, it could be -- just be one call that they're responsible for that I've received; it could be hundreds.

MR. MOISE: Yeah.

MR. NEWMAN: So I'd like to -- like to also reach out to them and chat with them about that and see if I can put a stop to some of their calls.

MR. MOISE: Yeah.

MR. NEWMAN: Or at least have them on notice that I have tried to have them stopped.

MR. MOISE: Exactly. Well, it's -- I assure you, it's not the way we do business, and I don't -- it's not the way we gather our clients, and it's really troublesome to me and to -- I mean, Mr. DeMayo is the -- he's the senior partner with the firm, of course. And, you know, I got an email from him with your -- with your message and your information.

He said, "I need you to get on this as a high priority." So it's on his radar, and he's obviously troubled by it. So we're going to get -- we're going to get to the bottom of it.

MR. NEWMAN: Perfect. That works for me.

**18**

I'll send you over what I got from her, the email that I got. And then, also, I'll send you a screenshot of the text message as well.

MR. MOISE: Perfect. All right. Mr. Newman, thank you so much for your time today. I will be back in touch with you just as soon as I can. Probably early next week, okay?

MR. NEWMAN: Perfect. I appreciate it. Thank you for your time.

MR. MOISE: All right. Take care. Talk to you soon. Bye-bye.

MR. NEWMAN: All right. Bye-bye.

WHEREUPON, the recording was concluded.

**19**

CERTIFICATION

I, Cathy Chaplin, Notary Public in and for the County of Mecklenburg, State of North Carolina at Large, do hereby certify:

That the recording was reduced to typewriting under my direct supervision, and the foregoing consecutively numbered pages are a complete and accurate record of the recording.

That the undersigned is not of kin, nor in anywise associated with any of the parties to said cause of action, nor their counsel, and not interested in the event(s) thereof.

IN WITNESS WHEREOF, I have hereunto set my hand this 5th day of September, 2025.

*Cathy Chaplin*

CHAPLIN & ASSOCIATES
Notary No. 202108500026

--                                **Newman v Demayo Law**                                **COPY**

**1**

**100**  8:2 9:22

**15-minute**  9:7

**2**

**20**  4:23

**2005**  5:21

**202108500026**  19:18

**2025**  19:15

**3**

**30-plus**  14:23

**5**

**5th**  19:15

**6**

**615**  5:5

**7**

**70s**  6:14

**8**

**814**  4:18 5:4

**814-615-0698**  4:15

**@**

**@demayolaw**  16:2

**A**

**accent**  9:1,2

**accurate**  19:8

**accurately**  14:19

**acting**  13:20

**action**  19:12

**actively**  13:12

**address**  9:21 10:19 15:24

**agreement**  9:14,18 10:16 13:22

**agreements**  11:3

**allowed**  13:23,24

**amount**  5:9

**anymore**  16:23

**anywise**  19:10

**area**  4:18,19 5:4,9

**assist**  3:19

**ASSOCIATES**  19:17

**assumption**  8:8

**assure**  17:14

**ATDS**  14:11

**attachment**  10:19

**attorney**  3:7

**attorney-client**  9:9

**aware**  4:3

**B**

**back**  3:8 10:2,4,6 11:23 16:8 18:6

**background**  4:23 9:1

**backtrack**  10:20

**bar**  13:8

**base**  10:8

**beep**  14:9

**begin**  14:7

**behalf**  7:2 13:7,20

**bit**  3:24

**blacklist**  7:14

**blacklisted**  7:7

**blasting**  14:14

**block**  12:2

**bottom**  17:24

**bud**  13:19

**bunch**  5:3 15:5

**business**  4:12 13:12 17:14

**buy**  7:17

**Bye-bye**  18:11,12

**C**

**call**  3:1 5:11,20 6:3,18 7:8 9:7 10:1 11:22 12:7,18 14:7 16:8,25 17:3

**called**  9:25 10:2,4,6

**calling**  3:8 5:20 12:1 14:14 16:23

**calls**  3:10 4:14,18,23,25 5:10,25 7:18 10:2 12:16 17:1,2,9

**camp**  3:14 5:19 6:4,6,10,22 7:22 10:7,8 12:7,16,25 13:1 15:6,9

**candid**  11:5

**care**  18:10

**Carolina**  3:15 13:10 19:4

**case**  6:23

**Cathy**  19:3

**center**  5:12 6:19 7:23 8:1

**CERTIFICATION**  19:1

**certify**  19:5

**change**  12:6

**Chaplin**  19:3,17

**Charlotte**  3:8

**chat**  17:8

**claims**  3:19

**clients**  3:18 11:11,16 13:23,25 17:15

**code**  4:18,19 5:4,9

**cold**  14:14

**competing**  4:9

**complete**  19:8

**concern**  10:22 11:4

**concerns**  3:17

**concluded**  18:14

**confident**  6:5

**confirmation** 16:7

**confirms** 7:18

**consecutively** 19:7

**contractual** 13:22

**conversation** 10:1

**convinced** 9:22

**copy** 10:14

**counsel** 3:15 19:12

**country** 11:10 13:11

**County** 19:3

### D

**d-e-m-a-y-o-l-a-w.com.** 16:3

**dad** 6:13 7:2

**day** 4:24 19:15

**dealing** 11:9

**decide** 7:24

**Demayo** 3:7 8:22 17:17

**Demayo's** 10:7

**details** 7:19

**direct** 19:7

**directly** 13:16

**disconnects** 10:1

**Dollar** 7:23 8:1

**dozen** 4:14

**drop** 14:4

### E

**earlier** 12:7

**early** 18:7

**Edward** 16:2

**email** 9:8 10:18 15:24 17:18 18:1

**Emanuel** 8:11,13,15,16 15:5

**end** 14:10,20

**essentially** 11:16

**event(s)** 19:13

**evidence** 10:25 11:15

**exact** 5:8

**executed** 11:2

### F

**fact** 11:21 15:18

**family** 6:6

**female** 10:10

**figure** 5:16,24 14:5

**file** 7:2

**find** 7:13 16:9

**firm** 8:4,6,9,10,22 9:19 14:25 17:18

**firms** 3:16,18 4:10 11:10,17 15:19

**fishing** 13:3

**fit** 6:22

**flags** 15:22

**folks** 3:14

**follow** 3:13 12:22

**foregoing** 19:7

**form** 9:9,14

**forms** 11:2

**forward** 9:7

**forwarded** 3:9

### G

**g-m** 16:1

**gather** 10:25 11:15 17:15

**gathering** 10:24

**gave** 3:23 7:14,18

**generate** 13:23

**generating** 11:16

**generic** 10:11 12:9

**give** 4:23 10:18 15:24 16:8

**Gowan** 3:7 15:24

**guess** 7:23

**guy** 6:14

**guys** 4:3 9:24 14:4 15:17

### H

**hammer** 14:4

**hand** 19:15

**happy** 15:12

**Harris** 6:15,17

**hawing** 7:6

**health** 17:1

**hear** 8:24 9:1 14:9

**heard** 7:5

**hemming** 7:6

**hereunto** 19:14

**Hey** 12:21,24

**high** 16:15,18 17:21

**HIPAA** 9:12 10:15

**hot-button** 15:7

**hundreds** 17:5

### I

**identified** 14:24 15:19

**identify** 14:19

**illnesses** 6:25

**impossible** 12:11

**improper** 3:20

**improperly** 13:20

**incentive** 6:3

**including** 11:2

**individuals** 3:19

**info** 13:3

**information** 3:22 10:24 13:24 16:11 17:20

**informed** 16:22

**initial** 15:25

**insurance** 17:1

**interested** 19:12

**invested** 7:11

**issue** 11:18 13:8 15:7

### J

**July** 5:21

### K

**kin** 19:10

**kind** 4:24 5:14 6:25 9:2,18 10:11,20 15:7

### L

**Large** 19:4

**law** 3:7,16 8:4,5,6,9,10,22 9:19 11:9,17 14:25 15:19

**layers** 14:17

**lead** 7:25

**lead-in** 12:20

**lead-up** 4:2

**leave** 16:10

**legitimate** 8:17

**Lejeune** 3:14 5:19 6:4,7,10,23 10:7,8 12:7,17,25 13:1 15:6,9

**likelihood** 14:11

**Lisa** 6:4

**list** 5:21 7:8

**listed** 15:6,10

**litigation** 3:14

**live** 7:24

**local** 3:15

**location** 9:3

**log** 12:18

**long** 9:17

### M

**made** 4:2 5:15 9:18

**make** 7:1 16:22

**makes** 5:11 14:12

**making** 16:25 17:1

**marked** 16:16

**Mary** 16:1

**mass** 14:14

**means** 14:1

**Mecklenburg** 19:4

**medical** 9:13 10:25 11:15

**Melody** 8:21 10:1,23

**member** 6:6

**mentioning** 9:19

**message** 3:9 4:14 9:9 10:6,12 17:19 18:3

**middle** 9:25

**military** 10:25

**mind** 3:25

**minutes** 14:23

**Moise** 3:3,6,7,12,22 4:4,7,12,21 5:1,6, 13,18,22 6:1,8,12,16,20,24 7:10,16 8:7, 18,23 9:4,10,13,23 10:9,14,18,22 11:8, 13,20,24 12:4,10,13,23 13:2,5,10,14,18 14:3,16,21 15:11,15,23,25 16:5,15,18 17:6,10,13 18:4,10

**money** 7:24

**month** 5:3 7:17

**months** 5:3

### N

**named** 6:14 7:19

**names** 12:9

**needed** 6:5

**Net** 7:23 8:1

**Newman** 3:2,4,5,6,11,21 4:1,5,11,16,22 5:2,7,14,19,23 6:2,9,13,17,21,25 7:11,17 8:8,19,24 9:5,11,16,24 10:10,17,21 11:7, 12,19,21,25 12:5,11,14,24 13:3,9,13,17 14:2,6,17,22 15:12,16 16:4,14,17,20 17:7,11,25 18:5,8,12

**nip** 13:18

**North** 3:14 13:10 19:4

**Notary** 19:3,18

**notice** 17:12

**number** 3:15 4:15 5:8 7:7,9,13,15,17 9:25 10:2,3,4,8 11:22 12:1,3,6

**numbered** 19:8

**numbers** 4:16,17,20 10:5,13

### O

**o-i-s** 16:1

**Offices** 3:7

**offshore** 6:5,18 8:2

**opt-in** 14:13

**order** 6:10

### P

**pages** 19:8

**paperwork** 15:1,2

**part** 9:5,11 12:12

**parties** 19:11

**partner** 17:17

**passed** 7:21

**paying** 5:24

**people** 9:1 11:6 14:15

**percent** 8:2 9:22

**Perfect** 16:17,20 17:25 18:4,8

**person** 6:11

**phone** 3:10 14:23

**play** 5:16 10:13

**plays** 10:6,11

**point** 7:13,14 9:7

**possibility** 14:11

**possibly** 14:24

**potential** 11:11

**potentially** 8:2

**prefix** 5:5,9

**pretty** 6:5

**priority** 16:15,18 17:22

**problem** 4:1 11:13

**prospective** 13:25

**Public** 19:3

**Pulaski** 8:10

**purportedly** 13:7

**put** 17:9

## Q

**qualifying** 6:21 8:20 9:6

**Queen** 8:11,12

**question** 9:18

**questions** 6:22 8:20 9:6

**Quinn** 8:13,15,16 15:4

## R

**R-I-T-A** 7:20

**radar** 17:22

**reach** 3:3 16:21 17:8

**real** 8:17,25 11:13,18 14:25 15:21

**receive** 4:22

**received** 17:4

**receiving** 3:9

**recent** 12:17

**record** 19:8

**RECORDED** 3:1

**recording** 10:10 18:14 19:6,9

**records** 11:1

**red** 15:22

**reduced** 19:6

**referring** 3:18

**release** 9:13 10:15

**representative** 7:5

**representing** 3:13

**resolution** 16:13

**resources** 11:15

**respond** 16:6

**responsible** 17:4

**retainer** 9:14,17 10:15 11:2

**risk** 7:12 14:20

**Rita** 7:20 8:2

**robocalls** 4:25

**rules** 13:8

## S

**Sam** 16:1

**screenshot** 18:3

**seconds** 14:8

**send** 7:5,24 8:6 10:19 15:13 16:6 18:1,2

**sending** 11:17

**sends** 7:19

**senior** 17:17

**sentence** 10:11

**September** 19:15

**series** 3:10

**serve** 3:15

**served** 6:6,9 13:1

**set** 19:14

**signed** 12:15

**silence** 14:8

**sir** 7:7

**site** 15:9

**solicit** 13:12

**sort** 7:1,15 11:1

**sound** 14:9

**sounded** 6:17 7:23 8:2,25

**source** 10:24

**spam** 4:25

**specific** 10:8

**spoof** 11:22

**spoofed** 4:17,19

**spoofing** 4:10

**started** 8:4

**state** 13:11 19:4

**stop** 5:20,23 12:2 17:9

**stopped** 17:12

**stuff** 7:1 12:17 15:6

**submission** 12:21

**sudden** 5:2 12:19

**suggests** 3:23

**supervision** 19:7

**surprising** 15:8

## T

**Talk** 18:10

**tasked** 16:12

**TELEPHONE** 3:1

**Texas** 4:19,20 8:10

**text** 9:8 18:3

**texted** 10:4

**thereof** 19:13

**thick** 8:25

**thing** 4:8 7:15 11:1

**thought** 15:2

**time** 7:12 18:5,9

**today** 12:7 18:5

**told** 6:13 7:2,4

**tomorrow** 12:8

**touch** 4:23 18:6

**transfer** 7:8,25

**transferring** 15:21

**troubled** 17:23

**troublesome** 17:16

**type** 16:25

**typewriting** 19:6

**typing** 7:6

--                          **Newman v Demayo Law**                          COPY

## U

**U.s.-based** 9:3

**Uh-huh** 7:10

**undersigned** 19:10

**understand** 13:14

## V

**vendor** 11:14 13:19 15:16

**violation** 13:21

**voice** 10:10

**Voip** 7:15

## W

**wanted** 3:12 7:1

**week** 16:9 18:7

**WHEREOF** 19:14

**working** 15:20

**works** 17:25

**worth** 7:12

## Y

**y'all's** 4:6 9:19 15:18

**Yogi** 6:15,17 7:4

--                    **Newman v Demayo Law**                    COPY