# Exhibit 3



DeMayo Law Offices

# Lacuna Ventures

## Statement of Work
## 2022

# STATEMENT OF WORK 1

This Statement of Work ("SOW") is made a part of the Master Services Agreement ("Agreement") entered into on February 1, 2022 between **Lacuna Ventures, LLC, ("Lacuna")** and the **DeMayo Law Offices, L.L.P. ("DeMayo").** DeMayo and Lacuna are collectively referred to herein as the "Parties" and each may be individually referred to herein as a "Party". This Statement of Work shall be in effect from February 1, 2022 ("SOW Effective Date").

| Contents |
|---|

1. Overview
2. SOW Amendments
3. Services, Deliverables, Fees and Payment Terms
4. Media Campaign Initiation
5. New Initiatives Recommendations
6. Technology Services
7. Expenses and Disbursements
8. Out of Scope

| 1. Overview |
|---|

<u>Scope.</u> This SOW provides an outline of the services, deliverables and operational terms governing Lacuna's management of certain media channels and services for DeMayo's multiple practice areas in 2022 and for approved DeMayo geographic markets as set out in this SOW.

Additional marketing and strategy testing initiatives may be added throughout the 2022 Calendar Year and will be handled within separate scope of work and approved budget. Should these tests become ongoing engagements or projects they will be further scoped and priced accordingly.

| 2. SOW Amendments |
|---|

<u>SOW Changes.</u> Revisions may arise from time to time and shall result in an amendment of this SOW.

| 3. Services, Deliverables, Fees and Payment Terms |
|---|

### 3.1 Media and Marketing Operations Consulting:

| | |
|---|---|
| **Engagement:** | Media and Marketing Operations Consulting |
| **Retainer Rate:** | $15,000 per month (2022 Calendar Year commitment of $165,000 [1 Feb – 31 Dec]) |
| **Fixed Term:** | Ending December 31, 2022. Non-Cancellable |
| **Payment Terms:** | $15,000 invoiced by Lacuna on 15th of each month of the prior calendar month of service. Payable within 14 days of invoice date. |

**Services and Deliverables:**

❖ **Marketing Leadership:** Strategic, brand and operational marketing thought leadership: Provide a holistic marketing viewpoint (from strategy to operations) across all media channels and tactics to build a strong

2

marketing foundation and DeMayo client acquisition growth paths to achieve marketing goals consistently in the Charlotte, North Carolina market. Provide technical thought leadership to CEO and COO to aid DeMayo resource planning and budgeting efforts to further its marketing and client acquisition business.

❖ **Third Party Partner Management:** Manage DeMayo's current Paid Social Media Partner Authentic Social: Construct Paid Social Media Plans with [Insert] and obtain budget approval based on pre-determined campaign metrics and KPIs. Report on campaign metrics. Curate a creative testing and messaging plan by campaign. Lacuna shall not be involved in billing process.

❖ **Marketing Budget Management:** Provide oversight of DeMayo's marketing budget planning and forecasting. Working closely with COO and CFO to ensure that financial marketing commitments are fit for purpose and are planned to meet or exceed DeMayo's objectives.

❖ **Digital Journey Recommendations:** Provide Recommendations on current and new Digital Ecosystems; improving and enhancing DeMayo's consumer experience across webpages, landing pages and other digital touchpoints.

❖ **Digital and Offline Media Strategy: Advise on Overall Digital Strategy:** Provide recommendations on emerging media tactics and channels not in DeMayo's media plans. Provide assessment and analysis on DeMayo creative performance and testing plans. Recommend additional audience or competitive research analysis projects or audience data analysis to improve media targeting and messaging.

❖ **Measurement Framework:** Support CEO, COO and CFO to ensure that a consistent, robust and scalable media and marketing measurement framework is agreed and implemented across all media channels and integrated into DeMayo's reporting ecosystem.

❖ **Executive Level Communication:** Lacuna and DeMayo to conduct business review sessions at a mutual agreed upon cadence for the respective executive teams to ensure that all parties are accurately addressing short and long-term service level commitments, strategic thought leadership and ways to further the partnership.

**Note:** Lacuna proposes that all digital and offline (where possible) campaigns are to be tracked utilizing a consistent measurement method and are normalized in Lacuna's Helix Business Intelligence platform to allow all DeMayo stakeholders to have access to meaningful performance dashboards to make appropriate media and marketing investment decisions. DeMayo technical and IT support will be required to ensure Lacuna's ability to pass and collect back from DeMayo the structured and unstructured data to provide adequate reporting. *See Appendix A for Illustrative Campaign Lead Times.*

**3.2    Paid Media Activation:**

| | |
|---|---|
| **Engagement:** | **Paid Media Activation** |
| **Fee Rate:** | **10% of Media Spend and Associated Campaign Expenses ($0-$1,500,000 in spend) _and_ 5% of Media Spend and Associated Campaign Expenses ($1,500,000 plus).** |
| **Payment Terms:** | Paid Media Activation: Lacuna shall provide a budget recommendation and media mix by channel for approval by DeMayo. Lacuna shall invoice DeMayo for anticipated media budget and respective Fees 14 days prior to go live dates. A reconciliation of media spends and Fees shall be carried out by Lacuna following the close of the calendar month in which the campaigns were carried out (or pre-agreed period). Any overages or underpayments shall be credited or invoiced by Lacuna in the following billing cycle. *The second fee tier shall apply independently of the first tier and is provided to DeMayo. |

Case 3:25-cv-00042-KDB-DCK    Document 60-3    Filed 05/15/26    Page 4 of 9

**Paid Media Services and Channels:**

Plan, execute and report on marketing campaigns across desired practice areas or brand campaigns in the following media channels and tactics:

**Digital:** Display, Native, CTV/Audio (Digital Streaming), Digital Out-of-Home (DOOH), Mobile, Paid Search, Online Video and YouTube

**Offline:** Linear TV, Linear Radio, Print, Prospect Direct Mail, Out of Home, Directories and Publications

Note: Fees do not include third party or internal fees relating to creative production or reproduction for media channels and other third-party fees listed below.

### 3.3    Cost Per Lead Campaigns:

| | |
|---|---|
| **Engagement:** | **Cost Per Lead Campaigns** |
| **Fee:** | **Cost Per Lead** |
| **Payment Terms:** | Lacuna shall provide DeMayo Cost Per Lead (CPL) forecast by campaign for approval by DeMayo. Lacuna shall provide a CPL budget recommendation for approval by DeMayo. Lacuna shall invoice DeMayo for anticipated media budget and respective Fees 14 days prior to go live dates. A reconciliation of the CPLs / lead count shall be carried out by Lacuna following the close of the calendar month in which the campaigns were carried out (or pre-agreed period). Any overages or underpayments shall be credited or invoiced by Lacuna in the following billing cycle. |

Lacuna shall provide to DeMayo consumer leads pursuant to DeMayo's requirements on a fixed and pre-determined Cost Per Lead basis (CPL). Terms of each CPL engagement shall be set out in a SOW subject to the terms agreed.

### 3.4    Project Based Engagements:

| | |
|---|---|
| **Engagement:** | **AdTech/MarTech and Other Digital, Creative or Technology Projects** |
| **Fee:** | **Subject to the terms of specific projects and approval** |
| **Payment Terms:** | **Project specific** |

Anticipated 2022 Projects (Based on initial DeMayo discovery):

- ❖ DeMayo 2022 Website build and other web development (Creative, Design, Copywriting, Customer Journey and Experience, Third Party Tech integrations [e.g. live chat], creative for all media channels and calendar, web page data ingestion and transmission etc).
- ❖ Current DeMayo Website Search Engine Optimization (SEO) Technical and Content Audit (if needed and subject to timeline of 2022 website or subject to DeMayo requiring insight into proposed SEO investment)
- ❖ Multi-year SEO Content and Technical strategy and activation
- ❖ Technology integrations with Litify/SalesForce or intake systems (if required)
- ❖ Organic Social/Brand Engagement and Listening with Authentic Social – Caity Begg (E.g. response to Social Postings – Paid or Organic)
- ❖ Brand Safety/Reputation or Review Management (e.g. Linkedin, Glassdoor, Google Reviews, Yelp, Quora, Reddit etc)
- ❖ Website Hosting and Management of current DeMayo or 2022 DeMayo website

4

**4.      Media Campaign Initiation**

Campaign Initiation Processes. Subject to providing DeMayo with media and strategy recommendations and approval of the same by DeMayo, Lacuna shall initiate all paid media campaigns by sending to DeMayo a fully completed 'Campaign Brief' describing practice area overview, goals, timing, flight dates and gross budget. 'Campaign Brief' shall be submitted by email to DeMayo and approved in writing by return. Once plans are constructed, reviewed and approved by DeMayo the campaign can be implemented.

**5.      New Initiative Recommendations ("New Initiatives")**

Upon receipt of a Project Request Form in which DeMayo will provide scope of work and deliverables in respect of a new project or initiative, Lacuna shall provide insights and recommendations per the request in a pre-determined and agreed format. New Project write-ups submitted by Lacuna (including but not limited to decks, presentations, wrap ups, POVs, assessments, proposals etc) shall be limited to three total versions (I.e. original and no more than two revisions) per new Project and shall be deemed by both Parties to be necessary and reasonable given the objectives and Scope of Work.

**6.      Technology and Data Services**

*Technology Service Scope:* Lacuna shall track and report on the marketing campaigns contained in this SOW utilizing its reporting and analytics platforms and shall enable DeMayo to access a cross sectional view of the media campaigns that are managed by Lacuna in one centralized data repository. Lacuna shall provide DeMayo real-time reporting and performance (subject to any limitations of specific media channels) and shall continuously make available to DeMayo one single database of history for activity, performance and testing.

*Lacuna's Technology and Data Offering shall only include:*

- ❖ Ingestion of DeMayo lead performance data to provide overall services in a pre-prescribed format pursuant to the agreed data architecture and media measurement framework required for Lacuna to deliver the Services and Deliverables in this SOW.
- ❖ Media campaign tracking and reporting (for Lacuna managed campaigns under this SOW) e.g. front-end web clicks, web activity, creative tracking, on page engagement and customer journey including call tracking.
- ❖ Campaign analysis inclusive of customized and integrated back-end metrics and visualizations in Helix.
- ❖ Data integrations connecting DeMayo or unbranded custom web pages and transmissions of leads to DeMayo systems (subject to DeMayo's IT stack permitting the same).
- ❖ Creative activity performance and analysis (e.g., Ad Copy, Media Creative. A/B testing, Landing Page Copy and Creative and Landing Page Journey).
- ❖ Consumer Device Analysis (Desktop, Tablet and Mobile) for Lacuna managed campaigns where applicable.
- ❖ History of all digital and offline media activity in a centralized database.
- ❖ Direct access to interface to review campaign results in real-time (Helix) and adjustable user interface for each stakeholder needs.

5

Case 3:25-cv-00042-KDB-DCK     Document 60-3     Filed 05/15/26     Page 6 of 9

## 7. Expenses and Disbursements

Expenses. Media and general expenses ("Expenses") shall be invoiced by Lacuna to DeMayo with no uplift or additional processing expenses. Lacuna shall make the best available to DeMayo its preferred pricing for third party services. Additional expenses shall include but not be limited to: Media Costs and Expenses, Ad Serving costs, AdTech platforms, Third Party Technology Fees, Data Processing, Hosting costs, Call Tracking Expenses and Printing Expenses etc.

## 8. Out of Scope

Out of Scope. Any services, deliverables and reporting that are not described and defined in this SOW are out of scope. Such out of scope services may include, but not be limited to, creative, competitive research costs (if not currently utilized by Lacuna), additional or excessive reporting needs (agency delivers reports outlined under Section "Reporting", attribution, analytics outside of core media optimizations, business intelligence data integrations and reporting, analytics for media not purchased and managed by Lacuna. Out of scope services and projects shall be priced accordingly pursuant to the needs of DeMayo.

## Signatures

The undersigned Parties agree to the terms of this SOW and is hereby signed and executed by their respective authorized representatives as of the SOW Effective Date.

**Lacuna Ventures, LLC**

Signature:

Name: Sid Toama

Title: Chief Operating Officer

Date: 24 January 2022

**DeMayo Law Offices, LLP**

Signature: Michael A. DeMayo (Jan 25, 2022 15:02 EST)

Name: Michael A. DeMayo

Title: CEO

Date: Jan 25, 2022

6

## Appendix A – Illustrative Marketing Asset Creation Timeline



# DeMayo 2022 SOW

Final Audit Report                                      2022-01-25

| | |
|---|---|
| Created: | 2022-01-24 |
| By: | Sid Toama (sidt@convergedirect.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAPAtNzIUW0S4mJwmQedrcTlG2zqoHW33I |

## "DeMayo 2022 SOW" History

📄 Document created by Sid Toama (sidt@convergedirect.com)
2022-01-24 - 6:16:49 PM GMT- IP address: 108.6.180.21

📧 Document emailed to Michael A. DeMayo (michael@demayolaw.com) for signature
2022-01-24 - 6:17:23 PM GMT

📄 Email viewed by Michael A. DeMayo (michael@demayolaw.com)
2022-01-25 - 1:11:35 PM GMT- IP address: 104.28.32.226

✍ Document e-signed by Michael A. DeMayo (michael@demayolaw.com)
Signature Date: 2022-01-25 - 8:02:08 PM GMT - Time Source: server- IP address: 216.136.72.195

🏅 Agreement completed.
2022-01-25 - 8:02:08 PM GMT

 **Adobe Sign**