**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

-----------------------------------------------------------

WESLEY NEWMAN, on behalf of itself and
all others similarly situated,

          Plaintiff,

          v.

DEMAYO LAW OFFICES, LLP,
CONVERGE MARKETING, LLC F/K/A
CONVERGE DIRECT, LLC and SGMS INC.
D/B/A LEGAL CONVERSION CENTER,

          Defendants.

-----------------------------------------------------------

X
:
:
:
:
:
:
:
:
:
:
:
:
X

**NO. 3:25-CV-00042-KDB-SCR**

**DECLARATION OF JENNIFER A. KREDER, ESQ. IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, TRANSFER TO BANKRUPTCY COURT**

**CLASS ACTION**

I, JENNIFER A. KREDER, ESQ., hereby declare and state as follows:

1.     I am a member of Rottenberg Lipman Rich, P.C., attorneys for Defendant Converge Marketing, LLC in the above-captioned matter.[1]  I am in good standing admitted pro hac vice before this Court.

2.     I make this declaration based upon my personal knowledge.  If called upon as a witness, I could and would competently testify to the facts stated herein under oath.

3.     I submit this declaration in support of the motion within Defendant's

---

[1] Capitalized and defined terms have the meanings ascribed to them in the accompanying notice of motion.

Motion to Dismiss or, in the Alternative, Transfer to Bankruptcy Court, filed concurrently herewith.

4. Attached hereto as **Exhibit 1** is a true and correct copy of Letter from Steven M. Kayman to James P. Cooney III, Esq., *et al.*, Re: Claims and Counterclaims against Converge, Newman v. DeMayo Law Offices, LLP, *et al.*, dated May 29, 2026.

5. Attached hereto as **Exhibit 2** is a true and correct copy of Letter from Marie Scheibert to DeMayo Law Offices, LLP, Re: Newman v. DeMayo Law Offices, LLP et al., No. 3:25-cv-00042-KDB-SCR (W.D.N.C.), dated May 13, 2025.

6. Attached hereto as **Exhibit 3** is a true and correct copy of Order (I) Approving Stalking Horse APA and Authorizing the Sale of Certain Assets of the Debtors Outside the Ordinary Course of Business, (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Interests an Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, and (IV) Granting Related Relief," *In Re Troika Media Grp.*, No. 23-11969-dsj, Dkt. 177 (Bankr. S.D.N.Y. Feb. 8, 2024).

7. Attached hereto as **Exhibit 4** is a true and correct copy of Asset Purchase Agreement by and among BTC Converge Buyer LLC, as Buyer, the Sellers Party Hereto and solely for the purposes stated expressly herein, Blue Torth Finance LLC, as Prepetition Agent and DIP Agent, No. 23-11969-dsj, Dkt. 177-1 (Bankr. S.D.N.Y. filed Feb. 8, 2024).

8. Attached hereto as **Exhibit 5** is a true and correct copy of *In re Motors Liquidation Co.*, 585 B.R. 708, 728 (Bankr. S.D.N.Y. 2018).

9. Attached hereto as **Exhibit 6** is a true and correct copy of Letter from James P. Cooney III to Steven M. Kayman, Re: Newman v. DeMayo Law Offices, LLP et al.,

Case No. 3:25-cv-00042-KDB_SCR (WDNC), dated June 6, 2026.

10.     Attached hereto as **Exhibit 7** is a true and correct copy of Email between Jennifer A. Kreder and James P. Cooney III.

11.     Attached hereto as **Exhibit 8** is a true and correct copy of Letter from Steven M. Kayman to James P. Cooney III, Esq., Re: Claims and Counterclaims against Converge, Newman v. DeMayo Law Offices, LLP, *et al.*, dated June 15, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2026

Jennifer A. Kreder (admitted pro hac vice)
230 Park Ave., 18th Floor
New York, NY 10169
Tel: (212) 661-3080