| | |
|---|---|
| **From:** | Cooney III, James P. |
| **To:** | Jennifer Kreder |
| **Cc:** | ryan@ryanpduffy.com; Whelan, Emmett; Steven Kayman |
| **Subject:** | RE: Newman et al v. DeMayo Law Offices et al |
| **Date:** | Monday, June 8, 2026 5:07:45 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |

> **CAUTION:** This email originated from outside of Rottenberg Lipman, Rich, P.C. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks. There was a valid oral agreement as alleged in the crossclaims. The post-sale actions taken by New Converge and the statements made by its agents led DeMayo law to understand that it would be indemnified and, in reliance on this, DeMayo Law shared confidential and privileged information, changed its position, and did not engage its own counsel to negotiate with Newman or protect its interests. These statements and actions continued through April 2025. The crossclaims set this forth in detail.

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

**From:** Jennifer Kreder <jkreder@rlrpclaw.com>
**Sent:** Monday, June 8, 2026 4:51 PM
**To:** Cooney III, James P. <Jim.Cooney@wbd-us.com>
**Cc:** ryan@ryanpduffy.com; Whelan, Emmett <Emmett.Whelan@wbd-us.com>; Steven Kayman <skayman@rlrpclaw.com>
**Subject:** RE: Newman et al v. DeMayo Law Offices et al

> External (jkreder@rlrpclaw.com)
>
> Report This Email FAQ

Jim, your letter repeatedly references an "agreement." We do not understand your view of DeMayo's claims. Besides the unsigned, draft indemnification agreement, can you please explain what evidence DeMayo maintains supports its claims?

Thank you,
Jen

Jennifer A. Kreder

Of Counsel

Rottenberg Lipman Rich, P.C.

www.rlrpclaw.com

Cell 212-518-1751

New York Office

The Helmsley Building

230 Park Avenue, 18th Floor

New York, New York 10169

Office 212-661-3080 Fax 212-867-1914

jkreder@rlrpclaw.com

This message, together with its attachments, if any, may contain information that is legally privileged and/or confidential, and is intended only for the use of the individual or entity to which it is addressed. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or of its contents, or any attachments, is strictly prohibited. If you have received this message in error, please notify the original sender immediately by return e-mail or by telephone (212-518-1751) and delete the message, along with any attachments thereto, from your computer. Thank you.

---

**From:** Cooney III, James P. <Jim.Cooney@wbd-us.com>
**Sent:** Friday, June 5, 2026 3:52 PM
**To:** Steven Kayman <skayman@rlrpclaw.com>
**Cc:** Jennifer Kreder <jkreder@rlrpclaw.com>; S. Frederick Winiker <rwiniker@flannerygeorgalis.com>; Anthony Paronich <anthony@paronichlaw.com>; ryan@ryanpduffy.com; Whelan, Emmett <Emmett.Whelan@wbd-us.com>
**Subject:** Newman et al v. DeMayo Law Offices et al

> **CAUTION:** This email originated from outside of Rottenberg Lipman, Rich, P.C. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please see attached correspondence.

**James P. Cooney III**
Partner
Womble Bond Dickinson (US) LLP

**d:** 704-331-4980  301 S. College Street, Suite 3500
**m:** 704-339-9148  Charlotte, NC 28202-6050
**e:** Jim.Cooney@wbd-us.com



**womblebonddickinson.com**

