# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

WESLEY NEWMAN, on behalf of himself and others similarly situated,

  Plaintiff,

v.

DEMAYO LAW OFFICES, LLP

AND

CONVERGE MARKETING, LLC F/K/A CONVERGE DIRECT, LLC

AND

SGMS INC. D/B/A LEGAL CONVERSION CENTER

  Defendants.

CIVIL ACTION FILE NO.
3:25-cv-00042-KDB-SCR

---

## JOINT STIPULATION REGARDING BRIEFING SCHEDULE

Plaintiff Wesley Newman and Defendant Converge Marketing, LLC f/k/a Converge Direct, LLC ("New Converge"), by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On May 8, 2026, the Court entered a Text-Only Order granting the Parties' Joint Motion for Entry of Briefing Schedule.

2. Under the Court's current briefing schedule, Plaintiff's opposition to New Converge's Motion to Dismiss is due on July 15, 2026, and New Converge's reply is due on August 15, 2026.

3. The Parties have agreed that Plaintiff shall have an additional ten (10) days, up to and including July 25, 2026, to file his opposition to New Converge's Motion to Dismiss.

4. The Parties further agree that New Converge shall have an additional ten (10) days, up to and including August 25, 2026, to file its reply in further support of its Motion to Dismiss.

5. The briefing schedule for all other pleadings and deadlines established by the Court's May 8, 2026 Order shall remain unchanged.

Respectfully submitted this 25th day of June, 2026.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com
*Notice of Special Appearance*

/s/ *Ryan Duffy*
Ryan Duffy
The Law Office of Ryan P. Duffy, PLLC
1213 W. Morehead Street
Suit 500, Unit #450
Charlotte, North Carolina 28208
ryan@ryanpduffy.com
Telephone: (704) 741-9399

/s/ S. Frederick Winiker, III
FLANNERY GEORGALIS, LLC
S. Frederick Winiker, III, N.C. Bar No. 22390
Partner
227 West Trade Street, Suite 950
Charlotte, NC 28202
(704) 420-6873
swiniker@flannerygeorgalis.com

/s/ Steven M. Kayman  
ROTTENBERG LIPMAN RICH, P.C.  
Steven M. Kayman (admitted pro hac vice)  
Jennifer A. Kreder (admitted pro hac vice)  
230 Park Ave., 18th Floor  
New York, NY 10169  
Tel: (212) 661-3080  
skayman@rlrpclaw.com  
jkreder@rlrpclaw.com  

Counsel for Defendant Converge Marketing, LLC

3